UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
************************************    *
ELIZABETH SORENSEN AND PETER   *
SORENSEN                        *
                                *
        Plaintiffs              *    CIVIL CASE NO.
                                *
        vs.                     *
                                *
METRO-NORTH COMMUTER            *
RAILROAD COMPANY                *    MAY 24, 2013
                                *
        Defendant               *
************************************
```

## COMPLAINT

## JURISDICTION

The Plaintiffs are residents of the State of Connecticut. The Defendant is incorporated and has a principal place of business in a state or states other than Connecticut.  Jurisdiction is based on diversity of citizenship, pursuant to 28 U.S.C. § 1332(a)(1), and the amount in controversy exceeds $75,000.  Venue is appropriate in this district pursuant to 28 U.S.C. § 1391.

## COUNT ONE: NEGLIGENCE

1.   The defendant, Metro-North Commuter Railroad Company ("Metro-North"), is a foreign (New York) corporation doing business in the State of Connecticut, with a place of business in New Haven, Connecticut.

2.   On May 17, 2013, the defendant Metro-North was in possession and control of a railroad track, M8 railcars, related signals and track circuitry located in the City of Bridgeport, Connecticut.

1

3. On May 17, 2013, Elizabeth Sorensen, a resident of Mystic, Connecticut, was a passenger aboard a Metro-North train, originating in New York City at Grand Central Station, outbound on the New Haven line, within the City of Bridgeport.

4. On the above date at the above location, a passenger train operated by Metro-North, through its agents, servants and/or employees, was traveling along the tracks in Bridgeport, Connecticut.

5. At the above time and place, the passenger train carrying the plaintiff and other passengers derailed and a collision with another passenger train ensued causing severe damage and destruction, seriously injuring the plaintiff.

9. The plaintiff's injuries were caused by the negligence of defendant Metro-North, operating through its agents, servants and/or employees.

10. As a direct and proximate result of the collision and negligence described herein, the plaintiff suffered, including, but not limited to, the following serious, painful injuries, some or all of which may be permanent in nature:

      a) Head injury;

      b) Brain injury; and,

      c) Multiple fractures and injuries requiring surgical repair.

11. As a result of the aforesaid injuries, the plaintiff has and will in the future suffer pain and disability, incurred and will in the future incur medical expenses and sustained and will in the future sustain a reduction of her ability to carry on and enjoy all of life's activities.

## COUNT TWO: LOSS OF CONSORTIUM

1. The allegations of count one are realleged herein.

2. Peter Sorensen is the spouse of Elizabeth Sorensen and has sustained a loss of consortium.

## DEMAND FOR TRIAL BY JURY

The plaintiffs demand a trial by jury.

THE PLAINTIFFS,

By:_____

MICHAEL A. STRATTON (ct08166)
JOEL T. FAXON (ct16255)
STRATTON FAXON
TRIAL LAWYERS, LLC
59 ELM STREET
NEW HAVEN, CT  06510
TELEPHONE NO.  203-624-9500
mstratton@strattonfaxon.com
jfaxon@strattonfaxon.com
www.strattonfaxon.com

3