UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sorensen, et al,<br>    *Plaintiffs*,<br><br>        *v.*<br><br>Metro-North Commuter Railroad Company,<br>    *Defendant*. | Civil No. 3:13cv749  (JBA)<br>LEAD |

ORDER OF CONSOLIDATION

In the interest of judicial economy, the above-identified case is hereby consolidated with cases captioned: <u>Anderson v. Metro-North</u>, 14cv452, for all purposes.

The <u>lead</u> case caption shall read: <u>Sorensen, et al v. Metro-North Commuter Railroad Company,</u> Lead Docket Number: 3:13cv749 (JBA)--U.S.D.C./New Haven. Pleadings or documents electronically filed under any other case caption will be refused. [See D. Conn. L. Civ. R. 3(a)(1)].

A telephonic scheduling conference will be held on 4/21/14 at 11:00 a.m. Plaintiffs' counsel shall initiate the conference call to chambers: 203-773-2456.

IT IS SO ORDERED.

/s/_____

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 14th day of April 2014.