UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sorensen, et al,<br>    *Plaintiffs,*<br><br>           v.<br><br>Metro-North Commuter Railroad Company,<br>           *Defendant.* | Civil No. 3:13cv749  (JBA)<br>LEAD |

ORDER OF CONSOLIDATION

In the interest of judicial economy, the above-identified case is hereby consolidated with cases captioned: Medor, et al v. Metro-North, 14cv341, for all purposes.

The lead case caption shall read: Sorensen, et al v. Metro-North Commuter Railroad Company, Lead Docket Number: 3:13cv749 (JBA)--U.S.D.C./New Haven. Pleadings or documents electronically filed under any other case caption will be refused. [See D. Conn. L. Civ. R. 3(a)(1)].

                                IT IS SO ORDERED.

                                /s/_____

                                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 18th day of April 2014.