UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA OCHOA-GARCIA<br><br>PLAINTIFF,<br><br>v.<br><br>METRO-NORTH COMMUTER RAILROAD COMPANY<br><br>DEFENDANT. | CIVIL ACTION NO. 3:13 CV 00749 (JBA)<br><br><br><br>MAY 19, 2015 |

## ANSWER AND AFFIRMATIVE DEFENSE OF DEFENDANT METRO-NORTH COMMUTER RAILROAD COMPANY TO PLAINTIFF'S COMPLAINT

**COUNT ONE: Negligence**

1. Metro-North Commuter Railroad Company ("Metro-North") admits that it is a public benefit corporation of the state of New York and that it does business in the State of Connecticut, with a place of business in New Haven, Connecticut.

2. Metro-North admits that on May 17, 2013, it was responsible for maintaining certain railroad track, signals and track circuitry located in Bridgeport, Connecticut.

3. Admitted.

4. The defendant has insufficient information or knowledge to form a belief as to this allegation and, therefore, denies same and leaves the plaintiff to her proof.

5. Metro-North admits that a passenger train derailed on May 17, 2013, in Bridgeport,

Connecticut. With respect to the balance of said paragraph, the defendant has insufficient knowledge to form a belief as to the truth thereof, and therefore denies same and leaves the plaintiff to her proof.

6. Metro-North admits that a passenger train derailed and was involved in a collision with a second passenger train May 17, 2013, in Bridgeport, Connecticut. With respect to the balance of said paragraph, the defendant has insufficient knowledge to form a belief as to the truth thereof, and therefore denies same and leaves the plaintiff to her proof.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

### FIRST AFFIRMATIVE DEFENSE AS TO COUNT ONE

Some or all of the plaintiffs' claims are or may be preempted by federal law pursuant to the Federal Rail Safety Act (49 U.S.C. Section 20101 et seq., the "FRSA"); the Federal Safety Appliance Act (49 U.S.C. Section 20301, the "SAA"); the Federal Locomotive Inspection Act (49 U.S.C. Section 20701); and the Regulations issued pursuant thereto by the Federal Railroad Administration, including but not limited to 49 C.F.R. 213; 49 C.F.R. 217; 49 C.F.R. 229, 49 C.F.R. 231, and 49 C.F.R. 238.

THE DEFENDANT,
METRO-NORTH COMMUTER RAILROAD
COMPANY


By:_____/s/_____
    Thomas S. Lambert, Esq., (CT29561)
    Ryan Ryan Deluca, LLP
    707 Summer Street
    Stamford, CT  06901
    Phone: 203-357-9200
    Facsimile:  203-357-7915

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/
                            Thomas S. Lambert, Esq.

S:\RyanSTI0408\LIT\DOCS\path.rtf
205.440

205.440