UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIK LJUNGGREN,<br>     *Plaintiff*,<br>v.<br>METRO-NORTH COMMUTER RAILROAD COMPANY,<br>     *Defendant*. | Civil No. 3:13cv749 (JBA)<br><br>November 20, 2015 |

**RULING ON MOTIONS IN LIMINE**

For the reasons set forth in open court this date, Plaintiff's Motion [Doc. # 395] in Limine to Preclude Evidence or References that Metro-North is a Tax-Funded Public Benefit Corporation is denied as MOOT, on Metro-North's representation that no such comments will be made. Defendant's Motion [Doc. # 398] in Limine regarding Defendant's Conduct is GRANTED as to references to Defendant's liability-producing conduct, including "holding Metro-North accountable," but DENIED by agreement as to evidence related to damages such as the speed of the train, severity of impact, and horrific nature of the train wreck and passenger injuries he saw. Plaintiff's objection regarding evidence of his tax returns has been withdrawn and Defendant may offer Plaintiff's tax returns. Defendant's Motion [Doc. # 399] in Limine regarding presentation of Plaintiff's wage claim remains under advisement.

IT IS SO ORDERED.

       /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 20th day of November, 2015.