UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Eric Ljunnggren,
    *Plaintiff,*
    v.

Metro North,
    *Defendant..*

Docket No. 13-cv-749 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by January 15, 2016.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

        IT IS SO ORDERED.

        /s/_____
        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 15th day of December 15, 2015.