UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

The Honorable William I. Garfinkel
915 Lafayette Blvd.
Room 429
Bridgeport, CT 06604

**Settlement Conference Order**

This case is scheduled for a settlement conference with the Honorable William I. Garfinkel, United States Magistrate Judge.  Local counsel should notify any *pro hac vice* counsel of the date and time of the conference.

The purpose of the settlement conference is to give parties the opportunity to consider settlement before additional litigation expenses and resources are expended.  In their representation of clients and fulfillment of obligations to the Court, counsel is instructed to approach the conference in good faith and with the preparation necessary to reach a resolution of the matter.  Counsel should arrive at the conference ready to discuss a reasonable resolution of the case consistent with its merits.

**The Court orders the parties to be present at the conference.**  If a party is a legal entity rather than an individual, a representative of the entity who is <u>fully authorized to decide all matters</u> pertaining to the case must be present.  The Court will not hold a settlement conference without all parties present.  Availability of a party by telephone is permissible only with permission of the Court obtained well in advance of the conference date.  In cases where a party requires authority from an insurer to settle the case, an <u>insurance company representative with full authority to settle the case</u> must be present.  Failure of a party to comply with these requirements may result in the imposition of sanctions.

**Not later than five (5) business days prior to the date of the settlement conference, counsel for each party must submit to Judge Garfinkel an ex parte, confidential settlement memorandum.**  This memorandum shall not exceed <u>10 double-spaced pages</u> in length.  Counsel, in their discretion, shall include exhibits when such exhibits will assist the Court in understanding the pertinent facts of the case.  The settlement conference memorandum should set forth the legal elements of the claims and defenses asserted, the factual basis for these claims and defenses, what discovery is anticipated,  the time required to complete discovery, any substantive motions contemplated, and the amount and nature of demands and/or offers made to date.  Settlement conference memoranda are an opportunity for counsel to explain—to present to the Court—the salient elements of the litigation; counsel should not refer the Court to pleadings already filed in the case.

Any requests or questions relating to the settlement conference must be made to Chambers in writing, or by telephone and confirmed in writing.  Continuances will be granted only for good cause clearly shown.  If a continuance is requested, counsel making the request must first consult with counsel for all other parties, and, in the event a continuance is granted, must notify all parties of the new date and time.

**The scheduling of a settlement conference does not affect existing deadlines and shall not delay discovery unless the Court has entered a separate order to that effect.**

If the case is resolved after the issuance of this Order, the parties shall contact Judge Garfinkel's Chambers before the date of the conference to advise the Court of the existence of the settlement.