**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ELIZABETH SORENSEN, ET AL ) | |
| ) | No. 3:13-CV-00749-JBA |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| METRO-NORTH COMMUTER RAILROAD ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | APRIL 29, 2016 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, SUSAN DOBYNS, and Defendant, METRO-NORTH COMMUTER RAILROAD COMPANY, hereby voluntarily dismiss the above-captioned action, with prejudice and without costs to any party.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| SUSAN DOBYNS | METRO-NORTH RAILROAD COMMUTER COMPANY |
| | |
| ____/s/_____ | _____/s/_____ |
| Frederick J. Trotta, Sr. | Thomas S. Lambert, Esq. |
| Halloran & Sage LLP | Ryan Ryan Deluca, LLP |
| 265 Church Street, Suite 802 | 707 Summer Street |
| New Haven, CT 06510 | Stamford, CT 06901 |
| Tel.: (203) 672-5432 | Tel.: (203) 357-9200 |
| Fed. Bar #: ct02621 | Fed. Bar #: ct29561 |
| Her Attorney | Its Attorney |
| Email: trotta@halloransage.com | Email: tslambert@ryandelucalaw.com |

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 29th day of April, 2016, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                ___/s/_____
                Frederick J. Trotta, Sr.

3922021v.1